JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIAM OBERPRILLER, | ) | Case No. EDCV 07-489-RGK (OP) |
| | ) | |
| Petitioner, | ) | A M E N D E D |
| v. | ) | J U D G M E N T |
| | ) | |
| B. CURRY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: JUL 13 2011

HONORABLE R. GARY KLAUSNER
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge